

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re )
CHARLES HAWS )
) Case No.
) 24-25628
)
_____)

**FILED**
DEC 16 2024
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

### VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED: 12/14/24                    Charles V Haws
                                   Debtor's Signature

DATED:_____              _____
                                   Joint Debtor's (if any) signature

**Submit this form and your Master Address List to one of the following addresses:**

Sacramento Division
501 I Street, Suite 3-200
Sacramento, CA 95814

Modesto Division
1200 I Street, Suite 200
Modesto, CA 95354

Fresno Division
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100 (Rev. 10/22)

MASTER ADDRESS LIST

DEBTOR; CHARLES HAWS

CASE NO:

ALLY CREDIT CARD
PO BOX 9222
OLD BETHPAGE, NY 11804

AMERICAN EXPRESS
PO Box 981537
El Paso, TX 79998-1537

BANK OF AMERICA
4060 OGLETOWN/STANTON RD DE5-019-03-07
NEWARK, DE 19713

BESTBUY/CBNA
5800 SOUTH CORPORATE PLACE
SIOUX FALLS, SD 57108

BRECKENRIDGE PROPERTY FUND 2016 LLC
2015 MANHATTEN BEACH BLVD, SUITE 100
REDONDO BEACH, CA 90278

CAPITAL ONE BANK USA NA
PO BOX 31293
Salt Lake City, UT 84131-1293

CAPITAL ONE/WMT
PO BOX 31293
SALT LAKE CITY, UT 84131-1293

CCB/BIGO
3075 LOYALTY CIR COMENITY BANK
COLUMBUS, OH 43219-3673

COMENITYCAPITAL/EXPLOREWARVISA
PO Box 182120
COLUMBUS, OH 43218

DISCOVER BANK
PO BOX 30939
SALT LAKE CITY, UT 84130

DSRM NATIONAL BANK/ VALERO
PO Box 631
Amarillo, TX 79105


ELAINE SOONG, ESQ.
2015 MANHATTEN BEACH BLVD, STE 100
REDONDO BEACH, CA 90278


JIMMY LEE FARMER
773 AVONDALE COURT
ELK GROVE, CA 94832


LEE FREEMAN, ATTORNEY
200 UNION BLVD, SUITE 200
LAKEWOOD, CO 80228


NAVY FEDERAL CREDIT UNION
PO Box 3700 Attn Cbr Disputes
Merrifield, VA 22119


OCCU CARD SERVICES
2880 Chad Dr
Eugene, OR 97408

RONALDO SARMIENTO PUNZALAN
42729 E. 144TH STREET
KEENESBURG, CO  80643


RUSSELL WYATT, ESQ.
901 H STREET, STE 601
SACRAMENTO, CA 95814


SETH P. COX, ESQ.
811 W 7th STREET, 7th FLOOR
LOS ANGELES, CA 90017
SCHOOLSFIRST FEDERAL C U
2115 N Broadway
Santa Ana, CA 92706
SYNCB/AMAZON PLCC
PO Box 71737

Philadelphia, PA 19176

SYNCB/EBAY
PO Box 71727
Philadelphia, PA 19176

SYNCB/SAM S CLUB DC
PO Box 71727
Philadelphia, PA 19176

SYNCB/PAYPAL
PO Box 71727
Philadelphia, PA 19176-1727

SYNCBPAYPALEXTRASMC
PO Box 71727
Philadelphia, PA 19176

THD/CBNA
5800 SOUTH CORPORATE PLACE
SIOUX FALLS, SD 57108

USAA SAVINGS BANK
PO BOX 33009
SAN ANTONIO, TX 78265

WES P. WPLLENWEBER, ATTORNEY
200 UNION BLVD, SUITE 200
LAKEWOOD, CO 80228

YOLANDA PUNZALAN LONGERICH (HAWS)
42729 E. 144TH STREET
KEENESBURG, CO 80643

YVONNE LONGERICH
42729 E. 144TH STREET
KEENESBURG, CO 80643
WEDGEWOOD-OFFICE OF GENERAL COUNSEL
ELAINE SOONG, ESQ.
2015 MANHATTEN BEACH BLVD, SUITE 100
REDONDO BEACH, CA 90278